HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EMMA MANNING,

        Plaintiff,

   v.

TACOMA PUBLIC SCHOOLS, ET AL.,

        Defendants.

Case No. C06-5078  RBL

ORDER

    Pending before the Court are Plaintiff's Motion to Continue Summary Judgment Motion, Dkt. #43. The court has considered the pleadings filed in support of and in opposition to the motions and the file herein.

    Because defendant did not deliver its discovery responses in a timely fashion, Plaintiff's response to defendant's motion for summary judgment could not be fairly prepared. Plaintiff's motion for continuance of defendant's motion for summary judgment, Dkt. #43, is therefore GRANTED.

    Having reviewed the papers filed thus far, the court reminds Plaintiff of a nonmoving party's obligations when responding to a summary judgment motion. The nonmoving party must designate "*specific facts* showing that there is a genuine issue for trial." *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986) (quoting Fed.R.Civ.P. 56(e)) (emphasis added). Using specific citations, the nonmoving party must *direct the court's attention* to specific facts and may not rely on generalized declarations or general citations to an entire deposition. A district court need not examine the entire file for evidence establishing a

genuine issue of fact, where the evidence is not set forth in the opposing papers with adequate references so that it could conveniently be found. *Carmen v. San Francisco Unified Sch. Dist.,* 237 F.3d 1026, 1030-1031 (9th Cir. 2001). *See also Jaurequi v. Carter Mfg. Co.*, 173 F.3d 1076, 1085 (8th Cir.1999) ("[A] district court is not 'obligated to wade through and search the entire record for some specific facts which might support the nonmoving party's claim.'") (internal citation omitted); *Ragas v. Tenn. Gas Pipeline Co.*, 136 F.3d 455, 458 (5th Cir.1998) ("'Rule 56 does not impose upon the district court a duty to sift through the record in search of evidence to support a party's opposition to summary judgment.'") (internal citation omitted).

It is hereby ORDERED that Plaintiff's motion for continuance of defendant's motion for summary judgment, Dkt. #43, is GRANTED.

Defendant's motion for summary judgment, Dkt. #36, is renoted for July 31.

Plaintiff's opposition brief is due **no later than noon on July 25**. All exhibits and supporting materials must be filed at the same time.

Defendant's reply, if any, is due at noon on July 31.

DATED this 19th day of July, 2007.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE