| | |
|---|---|
| **06-CV-05078-ORD** | FILED ___ LODGED<br>___ RECEIVED<br><br>AUG 3 0 2007<br><br>CLERK U.S. DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON AT TACOMA<br>BY ___ DEPUTY |

Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

EMMA MANNING,

    Plaintiff,

    vs.

TACOMA PUBLIC SCHOOLS, JAMES
SHOEMAKE, SUPERINTENDENT; SAM
BELL, EXECUTIVE DIRECTOR OF
BUILDINGS & GROUNDS; KEN PRICE,
DIRECTOR; MARGARET OHLSON,
SUPERVISOR; RICHARD WATSON,
SUPERVISOR; SUSAN LARSON,
MAINTENANCE CLERK; AND ANY
UNKNOWN PARTIES,

    Defendants.

No. C06-5078RBL

(PROPOSED) ORDER ~~GRANTING~~ *Regarding*
DEFENDANTS' MOTIONS IN LIMINE

    THIS MATTER having come on regularly before the undersigned judge of the above-entitled Court upon Defendants Motions in Limine, and the Court having reviewed the documents filed in support of the motion, including:

    1.    Defendants' Motions in Limine;

    2.    Declaration of Patricia K. Buchanan in Support of Defendants' Motions in Limine, with attached exhibits;

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTIONS IN LIMINE - 1

**PATTERSON BUCHANAN**
**FOBES LEITCH KALZER & WAECHTER**
Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

3. _____.

4. _____.

5. _____.

The Court, having also heard the arguments of counsel for the various parties, hereby

ORDERS, ADJUDGES, AND DECREES that defendants' motions in limine are hereby

granted, denied, and reserved as follows:

**A.**   **All non-party witnesses should be excluded from the courtroom during the course of trial**

[X] Granted      [ ] Denied      [ ] Reserved

**B.**   **Parties should be required to give 24-hour notice of witnesses, deposition, and exhibits to be called or used at trial.**

[X] Granted      [ ] Denied      [ ] Reserved

**C.**   **Any argument the plaintiff intends to make to the Court on damages should be made in his closing argument and not introduced in rebuttal.**

[X] Granted      [ ] Denied      [ ] Reserved

**D.**   **Medical records should be excluded as evidence, or redacted, to the extent they contain hearsay or expressions of opinion, conjecture, or speculation if they are merely cumulative of the testimony of plaintiff or her witnesses.**

[ ] Granted      [ ] Denied      [X] Reserved

**E.**   **Any mention of defendants' financial status or the relative impecuniosity of plaintiff should be excluded.**

[X] Granted      [ ] Denied      [ ] Reserved

**F.**   **There should be no display of exhibits until admitted into evidence, or until permission has been obtained from the Court.**

[X] Granted      [ ] Denied      [ ] Reserved

**G.**   **Plaintiff should not be able to use past alleged bad acts as proof of conformity therewith.**

[ ] Granted      [ ] Denied      [X] Reserved

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTIONS IN LIMINE - 2

**H.** **There should be no mention that these motions, or others, have been filed and argued before the Court.**

[X] Granted    [ ] Denied    [ ] Reserved

**I.** **There should be no reference to the discovery process or discovery disputes.**

[ ] Granted    [ ] Denied    [X] Reserved

**J.** **This Court should exclude any references to Ms. Manning's alleged litigation-induced stress.**

[ ] Granted    [ ] Denied    [X] Reserved

**K.** **Specific testimony that defendants seek to exclude as provided in Exhibit I to the Declaration of Patricia K. Buchanan in Support of Defendants' Motions in Limine:**

**I. EMMA MANNING VOL. 1**

A. 32:17-19 (Expert opinion testimony by lay witness, Foundation, Speculation)

[ ] Granted    [ ] Denied    [X] Reserved

B. 35:18-36:3 (Lacks personal knowledge, Foundation, Speculation)

[ ] Granted    [ ] Denied    [X] Reserved

C. 48:20-49:13 (Hearsay, Speculation, Lacks personal knowledge, Foundation)

[ ] Granted    [ ] Denied    [X] Reserved

D. 50:13-51:9 (Hearsay, Foundation, Speculation, Lacks personal knowledge)

[ ] Granted    [ ] Denied    [X] Reserved

E. 55:3-5 (Hearsay, Speculation, Lacks personal knowledge)

[ ] Granted    [ ] Denied    [X] Reserved

F. 55:6-20 (Speculation, Lacks personal knowledge, Foundation)

[ ] Granted    [ ] Denied    [X] Reserved

PATTERSON BUCHANAN
FOBES LEITCH KALZER & WAECHTER

Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

G.  81:19-83:2 (Speculation, Lacks personal knowledge, Foundation)

     [ ] Granted     [ ] Denied     [X] Reserved

H.  88:4-14 (Speculation, Lacks personal knowledge, Foundation)

     [ ] Granted     [ ] Denied     [X] Reserved

I.  111:9-19 (Improper expert opinion from lay witness, Speculation, Lacks personal knowledge, Foundation)

     [ ] Granted     [ ] Denied     [X] Reserved

J.  112:16-114:18 (Foundation, Lacks personal knowledge, Speculation, Hearsay)**Error! Bookmark not defined.**

     [ ] Granted     [ ] Denied     [X] Reserved

K.  117:14-24 (Improper expert opinion from lay witness, Speculation, Lacks Personal Knowledge, Foundation)

     [ ] Granted     [ ] Denied     [X] Reserved

L.  129:4-8 (Hearsay, Speculation, lacks personal knowledge)

     [ ] Granted     [ ] Denied     [X] Reserved

M.  136:5-16 (Speculation, Lacks personal knowledge, foundation)

     [ ] Granted     [ ] Denied     [X] Reserved

N.  145:12-146:22 (Speculation, Lacks personal knowledge)

     [ ] Granted     [ ] Denied     [X] Reserved

O.  154:19-24 (Speculation, Lacks personal knowledge, Foundation)

     [ ] Granted     [ ] Denied     [X] Reserved

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTIONS IN LIMINE - 4

**PATTERSON BUCHANAN
FOBES LEITCH KALZER & WAECHTER**

Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

1

**II. EMMA MANNING VOL. II**

2    A. 19:22-20:13 (Improper expert opinion from lay witness, Speculation, Hearsay)

3              [ ] Granted      [ ] Denied      [X] Reserved

4
    B. 26:1-11 (hearsay)
5
6              [ ] Granted      [ ] Denied      [X] Reserved

7    C. 60:8-17 (Hearsay)

8              [ ] Granted      [ ] Denied      [X] Reserved

9
10   D. 70:12-19 (Hearsay)

11             [ ] Granted      [ ] Denied      [X] Reserved

12   E. 76:2-10 (Lacks personal knowledge, Speculation, Foundation, Relevance, Prejudice,
13   Fed. R. Evid. 403)

14             [ ] Granted      [ ] Denied      [X] Reserved

15   F. 77:6-78:9 (Lacks personal knowledge, Speculation, Foundation, Relevance, Prejudice,
16   Fed. R. Evid. 403)

17             [ ] Granted      [ ] Denied      [X] Reserved

18   G. 85:15-86:8 (Hearsay, Speculation, Lacks personal knowledge, Improper expert opinion
19   from lay witness)

20             [ ] Granted      [ ] Denied      [X] Reserved

21
    H. 94:2-7 (Hearsay, Lacks personal knowledge, Speculation)
22
23             [ ] Granted      [ ] Denied      [X] Reserved

24

25

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTIONS IN LIMINE - 5

I.   109:6-13 (Hearsay)

      [ ] Granted   [ ] Denied   [X] Reserved

J.   129:24-130:9 (Hearsay, Lacks personal knowledge, Speculation)

      [ ] Granted   [ ] Denied   [X] Reserved

K.   158:5-14 (Hearsay)

      [ ] Granted   [ ] Denied   [X] Reserved

**III. RICHARD M. LONG**

A.   5:23-6:12 (Relevance, Hearsay)

      [ ] Granted   [ ] Denied   [X] Reserved

B.   6:16-18 (Relevance)

      [ ] Granted   [ ] Denied   [X] Reserved

C.   6:24-7:2 (Relevance)

      [ ] Granted   [ ] Denied   [X] Reserved

D.   7:11-16 (Non-responsive, Relevance)

      [ ] Granted   [ ] Denied   [X] Reserved

E.   7:23-8:1 (Hearsay)

      [ ] Granted   [ ] Denied   [X] Reserved

F.   9:12-13 (Non-responsive, Hearsay)

      [ ] Granted   [ ] Denied   [X] Reserved

PATTERSON BUCHANAN
FOBES LEITCH KALZER & WAECHTER
Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

G.  11:21-12:3 (Foundation, Non-responsive)

      [ ] Granted   [ ] Denied   [X] Reserved

H.  13:16-20 (Foundation)

      [ ] Granted   [ ] Denied   [X] Reserved

I.  14:4-7 (Hearsay)

      [ ] Granted   [ ] Denied   [X] Reserved

J.  14:14-17 (Foundation, Hearsay)

      [ ] Granted   [ ] Denied   [X] Reserved

K.  16:21-24 (Non-responsive, Relevance)

      [ ] Granted   [ ] Denied   [X] Reserved

L.  18:9-17 (Relevance)

      [ ] Granted   [ ] Denied   [X] Reserved

M.  21:4-7 (Hearsay)

      [ ] Granted   [ ] Denied   [X] Reserved

N.  23:19-24:5 (Hearsay, Foundation)

      [ ] Granted   [ ] Denied   [X] Reserved

O.  24:19-25:7 (Foundation, Hearsay)

      [ ] Granted   [ ] Denied   [X] Reserved

PATTERSON BUCHANAN
FOBES LEITCH KALZER & WAECHTER

Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

1    P.   25:17-26:1 (Foundation, Hearsay)

2             [ ] Granted     [ ] Denied    [X] Reserved

3

4    Q.   27:1-12 (Foundation)

5             [ ] Granted     [ ] Denied    [X] Reserved

6

7    R.   27:24-28:14 (Relevance, Foundation)

8             [ ] Granted     [ ] Denied    [X] Reserved

9    S.   28:13-29:19 (Relevance, Non-responsive)

10           [ ] Granted     [ ] Denied    [X] Reserved

11

12    T.   31:14-16 (Hearsay, in-part)

13           [ ] Granted     [ ] Denied    [X] Reserved

14    U.   32:3-10 (Foundation, Hearsay)

15           [ ] Granted     [ ] Denied    [X] Reserved

16

17    V.   32:16-19 (Hearsay)

18           [ ] Granted     [ ] Denied    [X] Reserved

19    W.  32:22-24 (Hearsay)

20           [ ] Granted     [ ] Denied    [X] Reserved

21

22    X.   33:9-20 (Hearsay)

23           [ ] Granted     [ ] Denied    [X] Reserved

24

25

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTIONS IN LIMINE - 8

PATTERSON BUCHANAN
FOBES LEITCH KALZER & WAECHTER

Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

Y.  34:24-35:16 (Hearsay)

        [ ] Granted    [ ] Denied    [X] Reserved

Z.  36:20-21 (Hearsay)

        [ ] Granted    [ ] Denied    [X] Reserved

AA. 37:6-8 (Non-responsive)

        [ ] Granted    [ ] Denied    [X] Reserved

BB. 39:20-23 (Foundation)

        [ ] Granted    [ ] Denied    [X] Reserved

CC. 40:21-41:2 (Foundation)

        [ ] Granted    [ ] Denied    [X] Reserved

DD. 43:15-16 (Hearsay)

        [ ] Granted    [ ] Denied    [X] Reserved

EE.  47:13-14 (Hearsay, Foundation)

        [ ] Granted    [ ] Denied    [X] Reserved

FF.  48:18-49:15 (Hearsay, Foundation, Relevance)

        [ ] Granted    [ ] Denied    [X] Reserved

GG. 50:4-11 (Foundation, Hearsay)

        [ ] Granted    [ ] Denied    [X] Reserved

PATTERSON BUCHANAN
FOBES LEITCH KALZER & WAECHTER

Two Union Square ~ 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

1   HH. 51:9-14 (Foundation)

2         [ ] Granted    [ ] Denied    [X] Reserved

3

4   II.   52:15-19 (Non-responsive)

5         [ ] Granted    [ ] Denied    [X] Reserved

6   JJ.   54:3-4 (Foundation, Hearsay)

7         [ ] Granted    [ ] Denied    [X] Reserved

8

9   KK. 54:13-16 (Foundation, Hearsay)

10        [ ] Granted    [ ] Denied    [X] Reserved

11  LL.   56:20-23 (Foundation)

12
13        [ ] Granted    [ ] Denied    [X] Reserved

14  MM.  57:3-10 (Foundation)

15        [ ] Granted    [ ] Denied    [X] Reserved

16  NN. 57:20-58:11 (Hearsay)

17
18        [ ] Granted    [ ] Denied    [X] Reserved

19  OO. 58:14-16 (Foundation)

20        [ ] Granted    [ ] Denied    [X] Reserved

21
22  PP.   59:22-60:2 (Foundation, Hearsay)

23        [ ] Granted    [ ] Denied    [X] Reserved

24

25

PATTERSON BUCHANAN
FOBES LEITCH KALZER & WAECHTER
Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

QQ. 60:7-12 (Speculation, Foundation)

[ ] Granted     [ ] Denied     [X] Reserved

RR. 62:1-2 (Hearsay)

[ ] Granted     [ ] Denied     [X] Reserved

**IV. KEN PRICE**

A.  8:4-16 (Foundation)

[ ] Granted     [ ] Denied     [X] Reserved

B.  10:9-11:4 (Foundation, Speculation)

[ ] Granted     [ ] Denied     [X] Reserved

C.  19:3-10 (Foundation)

[ ] Granted     [ ] Denied     [X] Reserved

D.  21:2-22:24 (Foundation)

[ ] Granted     [ ] Denied     [X] Reserved

E.  24:6-25:20 (Foundation)

[ ] Granted     [ ] Denied     [X] Reserved

F.  29:13-19 (Hearsay)

[ ] Granted     [ ] Denied     [X] Reserved

G.  30:18-31:9 (Foundation)

[ ] Granted     [ ] Denied     [X] Reserved

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTIONS IN LIMINE - 11

PATTERSON BUCHANAN
FOBES LEITCH KALZER & WAECHTER
Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

H.  35:3-10 (Foundation)

[ ] Granted      [ ] Denied      [X] Reserved

I.  38:23-39:1 (Foundation)

[ ] Granted      [ ] Denied      [X] Reserved

J.  42:16-24 (Foundation, Legal Speculation)

[ ] Granted      [ ] Denied      [X] Reserved

K.  44:10-18 (Foundation)

[ ] Granted      [ ] Denied      [X] Reserved

**V. DEBBRA A. LONG**

[ ] Granted      [ ] Denied      [X] Reserved

A.  6:19-22 (Foundation)

[ ] Granted      [ ] Denied      [X] Reserved

B.  7:4-9 (Foundation)

[ ] Granted      [ ] Denied      [X] Reserved

C.  11:3-6 (Hearsay)

[ ] Granted      [ ] Denied      [X] Reserved

D.  13:19-23 (Hearsay, Lacks personal knowledge)

[ ] Granted      [ ] Denied      [X] Reserved

PATTERSON BUCHANAN
FOBES LEITCH KALZER & WAECHTER
Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

E.   14:13-20 (Foundation)

   [ ] Granted     [ ] Denied     [X] Reserved

F.   16:15-23 (Foundation)

   [ ] Granted     [ ] Denied     [X] Reserved

G.   17:9-24 (Foundation)

   [ ] Granted     [ ] Denied     [X] Reserved

H.   18:21-19:12 (Hearsay)

   [ ] Granted     [ ] Denied     [X] Reserved

I.   21:13-20 (Hearsay)

   [ ] Granted     [ ] Denied     [X] Reserved

J.   22:25-23:5 (Relevance)

   [ ] Granted     [ ] Denied     [X] Reserved

K.   24:25-25:1 (Foundation)

   [ ] Granted     [ ] Denied     [X] Reserved

L.   28:11-18 (Hearsay)

   [ ] Granted     [ ] Denied     [X] Reserved

M.   34:18-22 (Relevance, Hearsay)

   [ ] Granted     [ ] Denied     [X] Reserved

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTIONS IN LIMINE - 13

PATTERSON BUCHANAN
FOBES LEITCH KALZER & WAECHTER
Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

N.  38:15-17 (Foundation)

   [ ] Granted     [ ] Denied     [X] Reserved

O.  44:15-45:2 (Foundation)

   [ ] Granted     [ ] Denied     [X] Reserved

P.  45:13-20 (Hearsay)

   [ ] Granted     [ ] Denied     [X] Reserved

Q.  46:4-7 (Relevance)

   [ ] Granted     [ ] Denied     [X] Reserved

R.  46:15-19 (Foundation)

   [ ] Granted     [ ] Denied     [X] Reserved

S.  46:25-47:3 (Foundation)

   [ ] Granted     [ ] Denied     [X] Reserved

T.  47:17-48:5 (Foundation, Hearsay)

   [ ] Granted     [ ] Denied     [X] Reserved

U.  48:15-19 (Foundation)

   [ ] Granted     [ ] Denied     [X] Reserved

V.  49:5-17 (Calls for a legal conclusion)

   [ ] Granted     [ ] Denied     [X] Reserved

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTIONS IN LIMINE - 14

PATTERSON BUCHANAN
FOBES LEITCH KALZER & WAECHTER

Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

1    W.  50:9-17 (Hearsay)

2           [ ] Granted    [ ] Denied    [X] Reserved

3

4    **VI. MARGARET OHLSON**
     A.  13:3-18 (Foundation)

5

6           [ ] Granted    [ ] Denied    [X] Reserved

7    B.  76:4-8 (Relevance)

8           [ ] Granted    [ ] Denied    [X] Reserved

9

10   C.  81:18-84-5 (Incomplete hypothetical, Foundation)

11          [ ] Granted    [ ] Denied    [X] Reserved

12   **VII. DIANE M. SCHMIDTKE**

13   A.  79:1-10 (Foundation, Improper hypothetical, Assumes facts not in evidence)

14          [ ] Granted    [ ] Denied    [X] Reserved

15   B.  73:11-23 (Foundation, Improper hypothetical, Assumes facts not in evidence)

16

17          [ ] Granted    [ ] Denied    [X] Reserved

18   C.  80:13-15 (Foundation)

19          [ ] Granted    [ ] Denied    [X] Reserved

20

21   D.  81:3-14 (Argumentative, Foundation, Assumes facts not in evidence, Speculation, Lacks
     personal knowledge)

22          [ ] Granted    [ ] Denied    [X] Reserved

23

24   E.  81:15-19 (Speculation, Argumentative, Lacks personal knowledge, Foundation)

25          [ ] Granted    [ ] Denied    [X] Reserved

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTIONS IN LIMINE - 15

**PATTERSON BUCHANAN**
**FOBES LEITCH KALZER & WAECHTER**
Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

F.   84:6-85:10 (Relevance, Speculation, Lacks personal knowledge, Foundation)

      [ ] Granted    [ ] Denied    [X] Reserved

G.   86:14-87:1 (Relevance, Speculation, Lacks personal knowledge, foundation)

      [ ] Granted    [ ] Denied    [X] Reserved

H.   87:9-88:2 (Relevance, Speculation, Lacks personal knowledge, Foundation)

      [ ] Granted    [ ] Denied    [X] Reserved

I.   88:3-89:5 (Relevance, Speculation, Lacks personal knowledge, Foundation)

      [ ] Granted    [ ] Denied    [X] Reserved

J.   89:6-89:17 (Relevance, Assumes facts not in evidence, Speculation, Lacks personal knowledge, Foundation)

      [ ] Granted    [ ] Denied    [X] Reserved

K.   89:18-90:17 (Relevance, Assumes facts not in evidence, Speculation, Lacks personal knowledge, Foundation)

      [ ] Granted    [ ] Denied    [X] Reserved

L.   91:16-92:2 (Relevance, Improper hypothetical, Foundation)

      [ ] Granted    [ ] Denied    [X] Reserved

M.   93:15-94:8 9Speculation, Foundation, Lacks personal knowledge, Relevance)

      [ ] Granted    [ ] Denied    [X] Reserved

N.   98:3-7 (Relevance)

      [ ] Granted    [ ] Denied    [X] Reserved

PATTERSON BUCHANAN
FOBES LEITCH KALZER & WAECHTER
Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

1

2  **VIII. RICHARD WATSON**

3    A.  19:8-19 (Foundation)

4        [ ] Granted     [ ] Denied     [X] Reserved

5
    B.  23:14-24:2 (Foundation)
6
7        [ ] Granted     [ ] Denied     [X] Reserved

8    C.  28:5-25 (Foundation)

9        [ ] Granted     [ ] Denied     [X] Reserved

10
    D.  38:15-23 (Calls for a legal conclusion)
11
12        [ ] Granted     [ ] Denied     [X] Reserved

13    E.  51:14-20 (Foundation)

14        [ ] Granted     [ ] Denied     [X] Reserved

15
    F.  52:11-17 (Foundation, Hearsay)
16
17        [ ] Granted     [ ] Denied     [X] Reserved

18    G.  53:5-9 (Foundation)

19        [ ] Granted     [ ] Denied     [X] Reserved

20
**IX. LaDONNA L. ALSTON**
21
    A.  15:14-16:19 (Hearsay, Lack of personal knowledge, Speculation, Foundation)
22
23        [ ] Granted     [ ] Denied     [X] Reserved

24    B.  18:8 – 20:2 (Hearsay, Lack of personal knowledge, Speculation, Foundation)

25        [ ] Granted     [ ] Denied     [X] Reserved

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTIONS IN LIMINE - 17

PATTERSON BUCHANAN
FOBES LEITCH KALZER & WAECHTER
Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

C.  20:22-22:20 (Hearsay, Lacks personal knowledge, Speculation, Foundation)

    [ ] Granted    [ ] Denied    [X] Reserved

D.  23:18-24:5 (Hearsay, Lacks personal knowledge, Speculation, Foundation)

    [ ] Granted    [ ] Denied    [X] Reserved

E.  35:3-36:8 (Hearsay, Lacks personal knowledge, Speculation, Foundation, Relevance)

    [ ] Granted    [ ] Denied    [X] Reserved

**X. SUSAN LARSON**

A.  10:15-11:1 (Foundation)

    [ ] Granted    [ ] Denied    [X] Reserved

B.  25:22-26:5 (Foundation, Relevance, Speculation)

    [ ] Granted    [ ] Denied    [X] Reserved

C.  34:24-35:14 (Foundation)

    [ ] Granted    [ ] Denied    [X] Reserved

D.  37:19-38:3 (Foundation)

    [ ] Granted    [ ] Denied    [X] Reserved

**XI. ANDREW HWANG, M.D.**

A.  18:23-19:9 (Relevance)

    [ ] Granted    [ ] Denied    [X] Reserved

B.  21:23-22:20 (Relevance)

    [ ] Granted    [ ] Denied    [X] Reserved

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTIONS IN LIMINE - 18

**PATTERSON BUCHANAN**
**FOBES LEITCH KALZER & WAECHTER**

Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

C.  27:9-16 (Relevance)

      [ ] Granted    [ ] Denied    [X] Reserved

D.  38:20-41:4 (Relevance)

      [ ] Granted    [ ] Denied    [X] Reserved

E.  41:11-15 (Relevance)

      [ ] Granted    [ ] Denied    [X] Reserved

F.  46:19-49:5 (Relevance)

      [ ] Granted    [ ] Denied    [X] Reserved


L.  **The Court should exclude any witnesses who were not disclosed by Ms. Manning, or who were improperly disclosed by Ms. Manning in her Fed. R. Civ. P. 26(a)(1) initial disclosures.**

      [ ] Granted    [ ] Denied    [X] Reserved

M.  **The Court should exclude the "right to sue" letters issued to Ms. Manning by the United States Equal Employment Opportunity Commission.**

      [ ] Granted    [ ] Denied    [X] Reserved


Dated this 27th day of August, 2007.

Hon. Ronald B. Leighton

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTIONS IN LIMINE - 19

PATTERSON BUCHANAN
FOBES LEITCH KALZER & WAECHTER

Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501

1

2

3   Presented by:

4   PATTERSON BUCHANAN FOBES
    LEITCH KALZER & WAECHTER, P.S.

5

6

7   By: _____/s/_____
         Patricia K. Buchanan, WSBA No. 19892
8        Sean D. Jackson, WSBA No. 33615
         Patterson Buchanan Fobes Leitch
9        Kalzer & Waechter, P.S.
         601 Union Street, Suite 4200
10       Seattle, WA 98101
         Telephone: (206) 652-3500
11       Fax: (206) 652-3501
         Email: pkb@pattersonbuchanan.com
12       Of Attorneys for Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTIONS IN LIMINE - 20

1

CERTIFICATE OF SERVICE

2

I, Sean D. Jackson, do declare that on August 20, 2007, I caused to be delivered via

3   CM/ECF, this document to the following attorney of record:

4

D. Michael Shipley

5   14009 – 42nd Ave. East
Tacoma, WA  98446

6   Shipleylaw@aol.com

7

I declare under penalty of perjury under the laws of the State of Washington that the

8   foregoing is true and correct.

9

/s/

10   Sean D. Jackson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTIONS IN LIMINE - 21

**PATTERSON BUCHANAN**
**FOBES LEITCH KALZER & WAECHTER**

Two Union Square – 601 Union Street, Suite 4200
Seattle · WA · 98101 Tel. 206.652.3500 · Fax 206.652.3501